FILED IN CHAMBERS
U.S.D.C. - Atlanta

OCT 31 2018

James N. Hatten, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WAYPOINT AMBER MILL OWNER LLC :
d/b/a Amber Mill Apts.,          :
                                 :
    Plaintiff                    :
                                 :    CIVIL ACTION FILE NO.
v.                               :    1:18-CV-4498-ODE-JCF
                                 :
ANEECA YASHANA LEVERETTE and     :
all other occupants,             :
                                 :
    Defendants                   :

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge J. Clay Fuller filed October 9, 2018 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Fuller recommends that this case be remanded to the Magistrate Court of Gwinnett County. Remand is warranted because this Court lacks subject matter jurisdiction over the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of Gwinnett County, Georgia.

SO ORDERED, this 30 day of October, 2018.

[signature]
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE